PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Villamor, Manuel Armando                      Cr.: 00-190-02

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 1/13/03

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Imprisonment 12months, probation 2years, financial disclosure, employment restriction, no new debt and restitution in the amount of $194,489.00.

Type of Supervision: Supervised release          Date Supervision Commenced: 11/28/03

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant's term of supervised release will be allowed to expire on November 27, 2006, as originally ordered, despite an outstanding balance being owed towards the restitution.

## CAUSE

Offender has consented and signed a Form 49 Waiver of a Hearing, agreeing to continue making payments towards the restitution balance, after his term of supervised release has expired.

Respectfully submitted,
By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 5/25/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer